UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARISSA OWEN,

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF WESTERN
MICHIGAN UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:24-cv-00235

HON. ROBERT J. JONKER

## **JUDGMENT**

In accordance with the Order entered this day, Judgment is entered in favor of Defendants and against Plaintiff Owen. The state law claims are dismissed without prejudice based on the Court's decision to decline supplemental jurisdiction.

Dated:  November 7, 2024        /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE